UNITED STATES DISTRICT COURT                                                                       SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
Joanna Willis

**Defendant / Respondent:**
Marquis Home Care LLC and Stephany Tejada in her professional and individual capacity

**AFFIDAVIT OF SERVICE**

Index No:
7:20-cv-00273 (KMK)

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 333 Mamaroneck Ave #205, White Plains, NY 10605. That on Tue, Jan 14 2020 AT 02:23 PM AT 230 N Main Street, Spring Valley, NY 10977 deponent served the within Summons, Complaint and Judge's Rules on Marquis Home Care LLC

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

- [X] **Corporation:** Marquis Home Care LLC a defendant, therein named, by delivering a true copy of each to Stephany Tejada personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be Director of Recruiting, authorized to accept thereof.

- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 35-40       Ethnicity: Latino       Gender: Female       Weight: 140
Height: 5'6"     Hair: Brown             Eyes:                Relationship:
Other

Sworn to before me on 1/16/2020

Dennis Donohue
Job 4187799

Notary Public

ERIK MARVIN
Notary Public, State of New York
Reg. No. 01MA6386413
Qualified in Westchester County
Commission Expires 01/26/2023